IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RHONDA MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>TRINITY HEALTH CORPORATION and CATHOLIC HEALTH INITIATIVES-IOWA, CORP. d/b/a MERCYONE DES MOINES MEDICAL CENTER,<br><br>    Defendants. | CASE NO. 4:25-cv-45<br>(Polk County Case No. LACL161284)<br><br>**NOTICE OF REMOVAL** |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

The above-named Defendants, Trinity Health Corporation and Catholic Health Initiatives-Iowa Corp., d/b/a MercyOne Des Moines Medical Center, by and through the undersigned counsel, hereby give notice of removal of Case No. LACL161284 from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa. In support thereof, Defendants state as follows:

1. On or about January 10, 2025, a civil action was commenced in the Iowa District Court for Polk County captioned *Rhonda Moore v. Trinity Health Corporation and Catholic Health Initiatives-Iowa Corp., d/b/a MercyOne Des Moines Medical Center*, Polk County Case No. LACL161284. True and correct copies of the Original Notice and Petition and Jury Demand are attached hereto as Exhibit A.

2. Defendants Trinity Health Corporation and Catholic Health Initiatives-Iowa Corp., d/b/a MercyOne Des Moines Medical Center were served on January 17, 2025.

3. No further proceedings have been had herein.

4. Plaintiff alleges a federal cause of action claiming Race and Color Discrimination, 42 U.S.C. § 1981, was violated.

5.      This Court has jurisdiction over federal claims pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367 because they form part of the same case or controversy.

6.      Defendants removed this action within 30 days of being served.  This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446.

Dated this 5th day of January 2025.

          Respectfully submitted,

          BELIN McCORMICK, P.C.

          */s/ Kelsey J. Knowles*

| | |
|---|---|
| Kelsey J. Knowles | AT0004233 |
| Alexandra M. Cutler | AT0014951 |

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4631
Facsimile:   (515) 558-0631
mailto:kjknowles@belinmccormick.com
amcutler@belinmccormick.com
Attorneys for Defendants